IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NATHANIEL JACKSON**                                                                                    **PLAINTIFF**

V.                                    **CASE NO. 3:09CV00226 JMM/BD**

**PHILLIP FRAZIER**                                                                                      **DEFENDANT**

## ORDER

Defendant Frazier has moved for an order compelling Plaintiff to respond to the discovery requests originally sent to Plaintiff on March 4, 2010. (Docket entry #15) Defendant Frazier states that included in the requests is a authorization to disclose Plaintiff's health information so that Plaintiff's medical records may be released. Defendant Frazier argues that such information is necessary in order to defend himself in this action.

Defendant Frazier's motion (#15) is GRANTED. Plaintiff has fourteen (14) days from the date of this Order to respond to Defendant Frazier's discovery requests, including completion of the medical authorization form. Plaintiff's failure to comply with this Order may result in the dismissal of this action under Local Rule 5.5.

IT IS SO ORDERED this 2nd day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE