IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATHANIEL JACKSON                                                                              PLAINTIFF

V.                              CASE NO. 3:09CV00226 JMM/BD

JOHN FRAZIER                                                                                   DEFENDANT

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Therefore, Defendant Frazier's motion to dismiss (docket entry #21) is GRANTED. Plaintiff's claims are DISMISSED without prejudice.

IT IS SO ORDERED, this 18th day of October, 2010.

*/s/ James M. Moody*
UNITED STATES DISTRICT JUDGE