IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NATHANIEL JACKSON**                                                                **PLAINTIFF**

**V.**                         **CASE NO. 3:09CV00226 JMM/BD**

**JOHN FRAZIER**                                                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 18th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE